# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 949 MAL 2015

                 Respondent

                                     :    Petition for Allowance of Appeal from
                                       :    the Order of the Superior Court
               v.

PATRICK JOSEPH MCLAINE,          :

                 Petitioner      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.